# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KARL ERNEST HINDLE ,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:06-cv-1527-Orl-31KRS**

**DR. CONDOLEEZA RICE, Secretary of State; MAURA HARTY, Assistant Secretary of State; ROBERT HOLMES TUTTLE, Ambassador US Embassy London UK; WILLIAM STAMPS FARISH, Former Ambassador, US Department of State; CHARLES FUREY, Charge d'Affaires, US Embassy, London UK; JOHN BRENNAN, US Embassy, London UK; RENA BITTER, former Chief, NIV Section, US Embassy, London UK; WILLIAM MUNTEAN, US Embassy, London UK; MARIA DAMOUR, Chief, NIV Section, US Embassy, London UK; JOHN BALLIF, US Department of State; GLEN KEISER, US Department of State; BARBARA GREIG, US Central Authority, Office of Children's Issues, US Department of State ,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration *sua sponte* based on a review of the docket in this case. On March 19, 2007, I entered an Order to Show Cause as to Plaintiff Karl Ernest Hindle, requiring him to "file and serve (1) proof of service of process on the defendants or signed waivers of service of process upon whom formal service of process has not been made, or (2) a written response showing

good cause for the failure to do so." Doc. No. 10. I advised Hindle that failure to comply with that order may result in dismissal of this case without further notice. *Id*. (citing Fed. R. Civ. P. 4(m), 16(f); M.D. Fla. L.R. 3.10).

As of the writing of this report, Hindle has not filed a response to the Order to Show Cause with the Clerk of Court, and the time for doing so has passed. Accordingly, I respectfully recommend that this case be **DISMISSED without prejudice** for failure to serve the defendants as required by Federal Rule of Civil Procedure 4(m), and for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f) and Local Rule 3.10(a).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 25, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy