# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KARL ERNEST HINDLE ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1527-Orl-31KRS**

**DR. CONDOLEEZA RICE, Secretary of State; MAURA HARTY, Assistant Secretary of State; ROBERT HOLMES TUTTLE, Ambassador US Embassy London UK; WILLIAM STAMPS FARISH, Former Ambassador, US Department of State; CHARLES FUREY,  Charge d'Affaires, US Embassy, London UK; JOHN BRENNAN,  US Embassy, London UK; RENA BITTER, former Chief, NIV Section, US Embassy, London UK;  WILLIAM MUNTEAN,  US Embassy, London UK; MARIA DAMOUR,  Chief, NIV Section, US Embassy, London UK; JOHN BALLIF, US Department of State; GLEN KEISER, US Department of State; BARBARA GREIG, US Central Authority, Office of Children's Issues, US Department of State ,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Spaulding (Doc. No. 11) filed April 25, 2007, after her review of this file.  The report recommends that this case be dismissed without prejudice for failure to serve the defendants as required by the Rules. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.	That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.	The Complaint is DISMISSED, without prejudice, for failure to prosecute.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 15th day of May, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE